# EXHIBIT A

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – SCHOOL SAFETY AGENT LEVEL 1**
**and MOBILE TASK FORCE EMPLOYEES'OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME  Brightwell                          Sandra
              Last Name            First             Middle

MAILING ADDRESS  239 west 103rd street                          2B
                                Apartment/Unit

          Newyork      NY     10025        NY
            City        State    Zip Code     County

SIGNATURE

DocuSigned by:

*[signature]*

58E5A148A69D4C8...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – SCHOOL SAFETY AGENT LEVEL 1**
**and MOBILE TASK FORCE EMPLOYEES'OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

NAME    Brimage                          Yvnoette
　　　　　　　Last Name　　　　　　　First　　　　　　　　　Middle

MAILING ADDRESS    492 Schenck Ave
　　　　　　　　　　　　　　　　　　　　　　Apartment/Unit

　　　　　　Brooklyn　　　　NY　　　11207　　　　Kings
　　　　　　　City　　　　　State　　Zip Code　　　　County

SIGNATURE    _DocuSigned by:_
　　　　　　　_Yvnoette Brimage_
　　　　　　　FEBC351680FB457...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – SCHOOL SAFETY AGENT LEVEL 1**
**and MOBILE TASK FORCE EMPLOYEES'OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

NAME  Brinkley                          Jessica
　　　　　　　Last Name　　　　　　　　　First　　　　　　　　　Middle

MAILING ADDRESS  361 Clifton place
　　　　　　　　　　　　　　　　　　　　　　　　　　　Apartment/Unit

　　　　　　　Brooklyn　　　　NY　　　11216　　　　Kings
　　　　　　　City　　　　　State　　Zip Code　　　　County

SIGNATURE
DocuSigned by:
819CFD739C42407...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – SCHOOL SAFETY AGENT LEVEL 1**
**and MOBILE TASK FORCE EMPLOYEES'OVERTIME PAY**
I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair
Labor Standards Act.

NAME  Brinson                          Brian                    P

              Last Name                    First                  Middle

MAILING ADDRESS  586a Macon st

                                                           Apartment/Unit

        Brooklyn            Ny        11233            Kings

          City                State      Zip Code          County

SIGNATURE  DocuSigned by:

077614F2142D4C9...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – SCHOOL SAFETY AGENT LEVEL 1**
**and MOBILE TASK FORCE EMPLOYEES'OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME  Brinson                          Shekila
_____Last Name_____First_____Middle_____

MAILING ADDRESS  995 Myrtle Avenue 4C
_____Apartment/Unit_____

             Brooklyn          NY       11206          Kings
_____City_____State____Zip Code_____County_____

SIGNATURE  _Shekila Brinson_____

DocuSigned by:
93BD2A1CC63B422...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – SCHOOL SAFETY AGENT LEVEL 1**
**and MOBILE TASK FORCE EMPLOYEES'OVERTIME PAY**
**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME    Brissett                              Shaniqua

               Last Name                    First                         Middle

MAILING ADDRESS    279 ocean ave                    Apt 5A

                                               Apartment/Unit

          Brooklyn            NY        11325            Kings

            City                State      Zip Code            County

SIGNATURE

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – SCHOOL SAFETY AGENT LEVEL 1**
**and MOBILE TASK FORCE EMPLOYEES'OVERTIME PAY**
**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME    Brito                              Costi                        F
                    Last Name                    First                    Middle

MAILING ADDRESS    15 East Clarke place.  #10D
                                                              Apartment/Unit

            Bronx            NY        10452            Bronx
              City            State      Zip Code          County

SIGNATURE

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – SCHOOL SAFETY AGENT LEVEL 1**
**and MOBILE TASK FORCE EMPLOYEES'OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME    Brito                                          Luz
              Last Name               First              Middle

MAILING ADDRESS    122 Amsterdam Ave
                                              Apartment/Unit

      New York        NY       10023          New York
        City          State      Zip Code        County

SIGNATURE    DocuSigned by:
            Luz Brito
            65DEBC2ABED6487...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – SCHOOL SAFETY AGENT LEVEL 1**
**and MOBILE TASK FORCE EMPLOYEES'OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME  Britton                          Melisa                          A
                Last Name                First              Middle

MAILING ADDRESS  1154 E 86th Street
                                      Apartment/Unit

            Brooklyn        New York 11236        Kings
               City          State     Zip Code        County

SIGNATURE
DocuSigned by:
95FB948B5B624B8…

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – SCHOOL SAFETY AGENT LEVEL 1**
**and MOBILE TASK FORCE EMPLOYEES'OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME  Broadwater                              Crystal
                      Last Name                  First             Middle

MAILING ADDRESS  515 Fountain Ave 2F
                                    Apartment/Unit

        Brooklyn        NY       11208        Kings
        City          State     Zip Code      County

SIGNATURE
DocuSigned by:
3C2654B64DBE492...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – SCHOOL SAFETY AGENT LEVEL 1**
**and MOBILE TASK FORCE EMPLOYEES'OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME  Broaster                    Drea
_____
       Last Name              First              Middle

MAILING ADDRESS  1833 Amsterdam ave
_____
                                              Apartment/Unit

       New york          NY        10031           Manhattan
_____
        City            State      Zip Code          County

SIGNATURE  _____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – SCHOOL SAFETY AGENT LEVEL 1**
**and MOBILE TASK FORCE EMPLOYEES'OVERTIME PAY**
**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME  Brock                          Francisco                    Alfredo
                Last Name                      First                         Middle

MAILING ADDRESS  1036 E 36th street
                                                       Apartment/Unit

          Brooklyn              Ny          11210              Kings
             City                  State        Zip Code            County

SIGNATURE  *Francisco Brock*
               DocuSigned by:
               E280F13C47384C9...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – SCHOOL SAFETY AGENT LEVEL 1**
**and MOBILE TASK FORCE EMPLOYEES'OVERTIME PAY**
**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME Bromberg                              Martin                          P
_____
              Last Name                        First                        Middle

MAILING ADDRESS  79 Gotham avenue
_____
                                                          Apartment/Unit

              Brooklyn              Ny          11229              Kings
_____
              City                State      Zip Code          County

SIGNATURE
DocuSigned by:
11A2FDF3ACDA477...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – SCHOOL SAFETY AGENT LEVEL 1**
**and MOBILE TASK FORCE EMPLOYEES'OVERTIME PAY**
**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME    Bronstein                          Joseph
_____
            Last Name                     First                          Middle

MAILING ADDRESS   87 Lorraine Avenue
_____
                                                              Apartment/Unit

        Staten Island        NY        10312            Richmond
_____
            City            State      Zip Code            County

SIGNATURE   *Joseph Bronstein*
_____
DocuSigned by:
643018F5AC674CA...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – SCHOOL SAFETY AGENT LEVEL 1**
**and MOBILE TASK FORCE EMPLOYEES'OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME   Brooks                    Douglas                    A
_____
            Last Name                  First                     Middle


MAILING ADDRESS   2970 w 24 street 15p
_____
                                                    Apartment/Unit

            Brooklyn          New York 11224              King
_____
            City            State    Zip Code              County

SIGNATURE   _DocuSigned by:_
           douglas B
           _____
           A77E8FD6D45E4C2...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – SCHOOL SAFETY AGENT LEVEL 1**
**and MOBILE TASK FORCE EMPLOYEES'OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME ___Brown_____Autumn_____

                            Last Name                    First                  Middle

MAILING ADDRESS ___485 Malcolm x blvd_____Apt 2i_____

                                              Apartment/Unit

          New York        NY      10037        Manhattan

             City         State     Zip Code      County

SIGNATURE
DocuSigned by:
68DE19C2A7AF433...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – SCHOOL SAFETY AGENT LEVEL 1**
**and MOBILE TASK FORCE EMPLOYEES'OVERTIME PAY**
**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**


NAME ___Brown_____Beverly_____

               Last Name                  First                  Middle


MAILING ADDRESS ___166-05 Highland Ave_____Apt# 4M_____

                                                 Apartment/Unit


           Jamaica_____NY_____11432_____Queens_____

              City          State      Zip Code         County


SIGNATURE _____

DocuSigned by:
3DC9B21B1FB7459...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – SCHOOL SAFETY AGENT LEVEL 1**
**and MOBILE TASK FORCE EMPLOYEES'OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME  Brown                           Denise                    N
           Last Name                      First                     Middle

MAILING ADDRESS  60 Saint Nicholas Avenue 2G
                                                              Apartment/Unit

          New York          NY        10026           New York
            City             State      Zip Code           County

SIGNATURE  _DocuSigned by:_
             _[signature]_
             5962F465625240A...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – SCHOOL SAFETY AGENT LEVEL 1**
**and MOBILE TASK FORCE EMPLOYEES'OVERTIME PAY**
**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME   Brown                                    Diondre
          Last Name                    First                          Middle

MAILING ADDRESS   60 st.Nicholas ave.apt.2G
                                                                          Apartment/Unit

            New york            NY          10026              Manhattan
              City              State        Zip Code            County

SIGNATURE

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – SCHOOL SAFETY AGENT LEVEL 1**
**and MOBILE TASK FORCE EMPLOYEES'OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**


NAME   Brown                              Dominique
             Last Name                   First                          Middle


MAILING ADDRESS   71 Nostrand Ave Apt # 1A
                                                                  Apartment/Unit

                  Brooklyn          NY        11206            KINGS
                     City           State    Zip Code          County

SIGNATURE   *Dominique Brown*
DocuSigned by:
F5F7E2CC6BA149E...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – SCHOOL SAFETY AGENT LEVEL 1**
**and MOBILE TASK FORCE EMPLOYEES'OVERTIME PAY**
**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME  Brown                          Donna
              Last Name                      First                                    Middle

MAILING ADDRESS  1261 Schenectady Ave                        Apt 2C
                                                                                        Apartment/Unit

                        Brooklyn              NY          11203                Kings
                             City                  State        Zip Code                County

SIGNATURE  *Donna Brown*
DocuSigned by:
DC8D6044D1114D6...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – SCHOOL SAFETY AGENT LEVEL 1**
**and MOBILE TASK FORCE EMPLOYEES'OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

NAME  Brown                          Jorlenny                    L
            Last Name                        First                       Middle

MAILING ADDRESS  537 herzl st.        C-2
                                        Apartment/Unit

        Brooklyn          NY      11212          Kings
         City              State   Zip Code       County

SIGNATURE
DocuSigned by:
79FCA29828024BE...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – SCHOOL SAFETY AGENT LEVEL 1**
**and MOBILE TASK FORCE EMPLOYEES'OVERTIME PAY**
**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**


NAME ___Brown_____Michelle_____
              Last Name                    First                              Middle


MAILING ADDRESS  95 West 119th Street Apt 5G_____
                                                              Apartment/Unit

                New York            NY        10026          New York_____
                  City                State      Zip Code          County

SIGNATURE  _DocuSigned by:_____
            _Michelle Brown_
            8CCEB579D2784A6...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – SCHOOL SAFETY AGENT LEVEL 1**
**and MOBILE TASK FORCE EMPLOYEES'OVERTIME PAY**
I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.


NAME ___Brown_____Monique_____T_____

                    Last Name                  First                   Middle


MAILING ADDRESS ___160 Parkside ave  apt 14E_____

                                                          Apartment/Unit

        Brooklyn        N.Y       11226       Kings_____

          City            State      Zip Code       County

SIGNATURE _____Monique B._____

             DocuSigned by:
             94785ACCAAE64D3...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – SCHOOL SAFETY AGENT LEVEL 1**
**and MOBILE TASK FORCE EMPLOYEES'OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

NAME   Brown                                    Nalvolia
                    Last Name                        First                              Middle


MAILING ADDRESS   1060 East 42nd Street
                                                                  Apartment/Unit

              Brooklyn             NY        11210           Kings
                 City                State      Zip Code         County

SIGNATURE   

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – SCHOOL SAFETY AGENT LEVEL 1**
**and MOBILE TASK FORCE EMPLOYEES'OVERTIME PAY**
**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME  Brown                          Nicole                    A
　　　　　　　　Last Name　　　　　　　　First　　　　　　　　Middle

MAILING ADDRESS  365 Thatford Avenue      2B
　　　　　　　　　　　　　　　　　　　　　　　　　　Apartment/Unit

　　　　　　　Brooklyn　　　　NY　　　11212　　　　Kings
　　　　　　　　City　　　　　State　　Zip Code　　　County

SIGNATURE  _Nicole Brown_
DocuSigned by:
7384734CF90E4DB...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – SCHOOL SAFETY AGENT LEVEL 1**
**and MOBILE TASK FORCE EMPLOYEES'OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME ___Brown_____Nitaya_____M_____

                     Last Name                 First            Middle

MAILING ADDRESS ___1692 Union st. 403_____

                                                     Apartment/Unit

         Broolyn       Ny      11213      Kings

           City        State      Zip Code      County

SIGNATURE

DocuSigned by:

55D2C8572019423...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – SCHOOL SAFETY AGENT LEVEL 1**
**and MOBILE TASK FORCE EMPLOYEES'OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**


NAME ___Brown_____Shaneen_____
         Last Name              First                    Middle


MAILING ADDRESS __467 Columbia Street 6D_____
                                                    Apartment/Unit

         __Brooklyn_____NY_____11231_____Kings_____
           City            State    Zip Code      County

SIGNATURE _____[DocuSigned by signature]_____
              C1FCD5485FB147A...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – SCHOOL SAFETY AGENT LEVEL 1**
**and MOBILE TASK FORCE EMPLOYEES'OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME  Brown                          Shaneequa                    A
                Last Name                         First                              Middle

MAILING ADDRESS  325 east 25th street Apt 806
                                                 Apartment/Unit

      New York              New York 10010              Manhattan
         City                  State      Zip Code                County

SIGNATURE
DocuSigned by:
45DA4D7C960643D...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – SCHOOL SAFETY AGENT LEVEL 1**
**and MOBILE TASK FORCE EMPLOYEES'OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME  Brown                          Shaniqua                    M

Last Name                    First                    Middle

MAILING ADDRESS   64 W 124th Street Apt#2B

Apartment/Unit

New York          NY          10027          Manhattan

City          State          Zip Code          County

SIGNATURE
DocuSigned by:

B1C98A73438841F...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – SCHOOL SAFETY AGENT LEVEL 1**
**and MOBILE TASK FORCE EMPLOYEES'OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME   Brown                          Shirlena

|             Last Name                          First                          Middle |

MAILING ADDRESS   145 03 Ferndale Ave

                                                                    Apartment/Unit

          Jamaica              NY          11435            Queens
            City               State       Zip Code          County

SIGNATURE   

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – SCHOOL SAFETY AGENT LEVEL 1**
**and MOBILE TASK FORCE EMPLOYEES'OVERTIME PAY**
**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME   Brown                                    Sophia
              Last Name                        First                              Middle

MAILING ADDRESS   1226 Herkimer street
                                                        Apartment/Unit

              Brooklyn                NY           11233                Kings
                 City                    State        Zip Code            County

SIGNATURE   _Sophia Brown_
DocuSigned by:
1D75035BFC4747F...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – SCHOOL SAFETY AGENT LEVEL 1**
**and MOBILE TASK FORCE EMPLOYEES'OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME    Brown                    Sylvia                    C
                  Last Name                First            Middle

MAILING ADDRESS    1184 evergreen ave5g
                                          Apartment/Unit

        Bronx        Newyork   10472       Newyork
         City         State    Zip Code      County

SIGNATURE    DocuSigned by:

7SEBFD3400A948F...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – SCHOOL SAFETY AGENT LEVEL 1**
**and MOBILE TASK FORCE EMPLOYEES'OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME  Brown                    Tammy                    O
               Last Name             First            Middle

MAILING ADDRESS  12010 Inwood Street
                                       Apartment/Unit

        Jamaica      NY    11436      Queens
         City        State    Zip Code      County

SIGNATURE
DocuSigned by:
*Tammy Brown*
04456A7B0A27443...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – SCHOOL SAFETY AGENT LEVEL 1**
**and MOBILE TASK FORCE EMPLOYEES'OVERTIME PAY**
**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME ____Brown_____Tia_____Ticosha_____
                    Last Name                        First                          Middle

MAILING ADDRESS_ _____
                                                        Apartment/Unit

____Brooklyn_____Ny_____11234_____Kings_____
          City                State        Zip Code          County

SIGNATURE [DocuSigned by: / signature / B815CEEC992A46B...] _____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – SCHOOL SAFETY AGENT LEVEL 1**
**and MOBILE TASK FORCE EMPLOYEES'OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME  Brown                                    Tiera

             Last Name           First          Middle

MAILING ADDRESS  9910 Seaview Ave Apt 3D

                                       Apartment/Unit

         Brooklyn      NY     11236        Kings

           City        State    Zip Code      County

SIGNATURE

DocuSigned by:

50D03CA3CD1644A...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – SCHOOL SAFETY AGENT LEVEL 1**
**and MOBILE TASK FORCE EMPLOYEES'OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**


NAME  Brown                                    Tuwana
            Last Name           First           Middle


MAILING ADDRESS  74 west 92 street apartment 8-c
                                       Apartment/Unit

     New york      Ny     10025       Manhattan
     City        State    Zip Code     County

SIGNATURE

DocuSigned by:
44D3DCE46EE146E...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – SCHOOL SAFETY AGENT LEVEL 1**
**and MOBILE TASK FORCE EMPLOYEES'OVERTIME PAY**
**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME    Brown               Tyshia             I
                    Last Name              First            Middle

MAILING ADDRESS    210N W 153 Street Apt3D
                                            Apartment/Unit

         New York        NY      10039        Manhattan
           City          State      Zip Code       County

SIGNATURE
DocuSigned by:
*[signature]*
EA90BFF5B6D14BA...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – SCHOOL SAFETY AGENT LEVEL 1**
**and MOBILE TASK FORCE EMPLOYEES'OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**


NAME   Brown                              Veronica
          Last Name                    First                          Middle


MAILING ADDRESS   134-43 francis lewis boulvard
                                                                    Apartment/Unit

            Queens              NY          11413              Queens
             City              State      Zip Code              County

SIGNATURE   _DocuSigned by:_
                387645A39592484...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – SCHOOL SAFETY AGENT LEVEL 1**
**and MOBILE TASK FORCE EMPLOYEES'OVERTIME PAY**
I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

NAME  Brown Duffy                    Regina
_____
            Last Name              First                    Middle


MAILING ADDRESS  87 Woodruff Ave                 1B
_____
                                              Apartment/Unit

            Brooklyn         N.Y.      11226           Kings
_____
            City            State     Zip Code         County

SIGNATURE   _Regina Brown Duffy_____
DocuSigned by:
95E9D8D7758C406...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – SCHOOL SAFETY AGENT LEVEL 1**
**and MOBILE TASK FORCE EMPLOYEES'OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

NAME  Browne                          Cleaou                        Patricia
                 Last Name                      First                          Middle

MAILING ADDRESS  812 New Jersey Avenue
                                                     Apartment/Unit

      Brooklyn              New York 11207                  KING
         City                State    Zip Code                County

SIGNATURE

DocuSigned by:

535946994AFE481...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – SCHOOL SAFETY AGENT LEVEL 1**
**and MOBILE TASK FORCE EMPLOYEES'OVERTIME PAY**
**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME    Browne            Junior            O'Brien

               Last Name             First            Middle

MAILING ADDRESS   980 Rutland Road            2R

                                                Apartment/Unit

            Brooklyn       Ny       11212        Kings

             City         State      Zip Code       County

SIGNATURE     *Junior Browne*

            DocuSigned by:
            16C334A829E2411...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – SCHOOL SAFETY AGENT LEVEL 1**
**and MOBILE TASK FORCE EMPLOYEES'OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME  Browne                                    Latoya                              N
        Last Name                                First                              Middle

MAILING ADDRESS  53 east 131 st apt 3c
                                                                    Apartment/Unit

        New York            Ny          10037              Manhattan
          City              State       Zip Code            County

SIGNATURE
DocuSigned by:
*Latoya Browne*
4E20A246E6F14A5...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – SCHOOL SAFETY AGENT LEVEL 1**
**and MOBILE TASK FORCE EMPLOYEES'OVERTIME PAY**
**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME   Brownsass                      Nicole
　　　　　　　　Last Name　　　　　　　　First　　　　　　　　Middle

MAILING ADDRESS   161-29 jewel ave Apt 3h
　　　　　　　　　　　　　　　　　　　　　　　　Apartment/Unit

　　　　　　　Fresh meadows　　　Ny　　　11365　　　　　Queens
　　　　　　　　　City　　　　　　State　　　Zip Code　　　　County

SIGNATURE   _DocuSigned by:_
　　　　　　　64E8FC82E6924E6...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – SCHOOL SAFETY AGENT LEVEL 1**
**and MOBILE TASK FORCE EMPLOYEES'OVERTIME PAY**
**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME    Bruce                                    Wayne                        J
_____
              Last Name                    First                      Middle


MAILING ADDRESS   1838 Burnett st
_____
                                                          Apartment/Unit

              Brooklyn            Ny        11229            Kings
_____
              City            State      Zip Code          County

SIGNATURE
DocuSigned by:
B450F49FF32C4B3...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – SCHOOL SAFETY AGENT LEVEL 1**
**and MOBILE TASK FORCE EMPLOYEES'OVERTIME PAY**
**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME   Bruno                                    Angel
_____
                     Last Name                    First                        Middle


MAILING ADDRESS   31 Leonard Street Apt. 9C
_____
                                                              Apartment/Unit

              Brooklyn              N.Y.        11206           King's
_____
                City                  State      Zip Code           County

SIGNATURE   _____

DocuSigned by:

C344275C0CB54BB...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – SCHOOL SAFETY AGENT LEVEL 1**
**and MOBILE TASK FORCE EMPLOYEES'OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

NAME   Bruno                       Winston

                   Last Name                First                  Middle

MAILING ADDRESS   67 Moffat street  apt 2

                                                    Apartment/Unit

          Brooklyn        NY       11207         Kings

            City          State      Zip Code        County

SIGNATURE

DocuSigned by:

E86DF84867FB4FD...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – SCHOOL SAFETY AGENT LEVEL 1**
**and MOBILE TASK FORCE EMPLOYEES'OVERTIME PAY**

I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

NAME   Brunson                                    Deena
               Last Name                              First                                    Middle

MAILING ADDRESS   260 herkimer st      Apt g5
                                                         Apartment/Unit

           Brooklyn            Ny         11216             Kings
              City                  State       Zip Code          County

SIGNATURE

DocuSigned by:



DD55E604F18645D...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – SCHOOL SAFETY AGENT LEVEL 1**
**and MOBILE TASK FORCE EMPLOYEES'OVERTIME PAY**
**I hereby consent to become a party plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME   Bryant                              Donna
               Last Name                    First                         Middle

MAILING ADDRESS   75 W 128St.                              2B
                                                Apartment/Unit

        New York            NY        10027            Man
           City                State      Zip Code          County

SIGNATURE

DocuSigned by:

BA844F9F6778422...