UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

ISRAEL CARTAGENA, et al.,

                  **Plaintiffs,**                23-CV-08711 (SN)

    -against-                        **ORDER**

CITY OF NEW YORK, et al.,

                  **Defendants.**

------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

        On May 9, 2025, the Court was notified that the parties reached a settlement in principle. Given that this is a Fair Labor Standards Act case, the parties are directed to submit a copy of the proposed settlement agreement for the Court's review pursuant to <u>Cheeks v. Freeport Pancake House</u>, 796 F.3d 199 (2d Cir. 2015). The parties shall also include a short cover letter stating why the Court should approve the settlement pursuant to <u>Cheeks</u>. The proposed settlement agreement and cover letter shall be filed no later than June 11, 2025.

        The May 13, 2025 settlement conference is adjourned without further date.

**SO ORDERED.**

                                                        SARAH NETBURN
                                                        United States Magistrate Judge

DATED:      May 9, 2025
                New York, New York