USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/2/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

ISRAEL CARTAGENA, et al.,

                             **Plaintiffs,**            23-CV-08711 (SN)

-against-                                      **ORDER**

CITY OF NEW YORK, et al.,

                             **Defendants.**

-------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

       In this Fair Labor Standards Act case, the Court was notified that the parties reached a settlement in principle on May 9, 2025. On June 25, 2025, the parties submitted a proposed settlement agreement for the Court's review pursuant to Cheeks v. Freeport Pancake House, 796 F.3d 199 (2d Cir. 2015). ECF No. 185. Having reviewed the proposed settlement, the Court determines that it is fair and reasonable. The settlement is APPROVED, and this action is DISMISSED with prejudice.

**SO ORDERED.**

                                                       SARAH NETBURN
                                                       United States Magistrate Judge

DATED:     July 2, 2025
                New York, New York